In the Matter of ARTHUR SCHNEIDER, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— In a proceeding by a tenant in a two-family house to review a determination of the State Rent Administrator granting an application for a certificate of eviction, petitioner appeals from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, with one bill of $50 costs and disbursements. There is substantial evidence in the record to warrant the Administrator's finding that the application was made in good faith and was based upon a legitimate desire to live in the house. (*Matter of Park East Land Corp.* v. *Finkelstein,* 299 N. Y. 70; *Matter of Rosenbluth* v. *Finkelstein,* 300 N. Y. 402.) Present— Carswell, Acting P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB W. BIRN-STEIN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of failing to comply with an order of the commissioner of housing and buildings to repair an apartment house elevator, contrary to the provisions of the Administrative Code of the City of New York, and section 304 of the Multiple Dwelling Law, unanimously affirmed. No opinion. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD SCHEFFLAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of willful and intentional failure to furnish elevator service to a tenant of an apartment house, in violation of section 2040 of the Penal Law, unanimously affirmed. No opinion. Present— Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY SIMMONS, Appellant.— Defendant appeals from an order of the County Court, Kings County, denying a motion in the nature of *coram nobis* to vacate a judgment convicting him of robbery in the second degree, entered upon his plea of guilty. Order affirmed. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Mac-Crate, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO WALLACH, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of book-making. Appellant contends that the evidence was insufficient to sustain his conviction and that he did not have a fair trial, the trial court having found him guilty at the end of the People's case. Judgment unanimously affirmed. The evidence established the defendant's guilt beyond a reasonable doubt. At the trial defendant was represented by an attorney experienced in the practice in criminal cases, a former assistant district attorney in Kings County. It is obvious from the statements by the attorney at the time of sentence that defendant had voluntarily not taken the stand at the trial, and that when the attorney moved to dismiss at the end of the People's evidence, the case was submitted to the Trial Justice to make a finding. Present— Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.